IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun J. Rice

Case No.: 06-po-00047-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.     JIMMY R. GUIRE, JR.;
2.     JIMMY R. GUIRE, SR.; and
3.     GO WEST INDUSTRIES, INC.,

---

ORDER

---

On Motion of the government, Violation Notice No. F 3868307 charging the Defendant, Go West Industries, Inc., with violation of terms of special use authorization in violation of 36 C.F.R. 261.10(l) is dismissed with prejudice.

Dated this 7th day of December, 2007.

                            BY THE COURT:

                            s/ Gudrun J. Rice

                            Gudrun J. Rice
                            United States Magistrate Judge