IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun J. Rice

Case No.: 06-po-00047-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.    JIMMY R. GUIRE, JR.;
2.    JIMMY R. GUIRE, SR.; and
3.    GO WEST INDUSTRIES, INC.,

---

## ORDER

On Motion of the government, Violation Notice No. F 3868308 charging the Defendant, Go West Industries, Inc., with violation of terms of special use authorization in violation of 36 C.F.R. 261.10(l) is dismissed with prejudice.

Dated this 7th day of December, 2007.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge