IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun J. Rice

Case No.: 06-po-00047-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.    JIMMY R. GUIRE, JR.;
2.    JIMMY R. GUIRE, SR.; and
3.    GO WEST INDUSTRIES, INC.,

---

ORDER

---

    On Motion of the government, Violation Notice No. F 3868311 charging the Defendant, Go West Industries, Inc., with violating the terms of a special use authorization in violation of 36 C.F.R. 261.10(l) is dismissed with prejudice.

    Dated this 7th day of December, 2007.

                                              BY THE COURT:

                                              s/ Gudrun J. Rice

                                              Gudrun J. Rice
                                              United States Magistrate Judge